**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 678 MAL 2014 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| EDDIE TATE, | |
| Petitioner | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.